AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LANGSTON AUSTIN; and ERNEST
FULLER, III, on behalf of
themselves and all others
similarly situated,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 2:20-cv-73

GLYNN COUNTY, GEORGIA; and
E. NEAL JUMP, individually,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated January 7, 2021, Defendants' Motion to Dismiss is GRANTED and Plaintiffs' Amended Complaint is DISMISSED with prejudice. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

January 8, 2021
Date

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03